**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Crownbrook Debco, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**d/b/a Nicos Polymers Group** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**20-5893794** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**730 Bangor Road**<br>**Nazareth, PA 18064**<br>ZIP CODE **18064-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Northampton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **730 Bangor Road Nazareth, PA 18064**

### Type of Debtor
(Form of Organization) (Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

-------------------------------------------------
**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Crownbrook Debco, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Crownbrook Debco, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** X */s/ S. Jason Teele* Signature of Attorney for Debtor(s) **Kenneth A. Rosen** **S. Jason Teele** Printed Name of Attorney for Debtor(s) **Lowenstein Sandler PC** Firm Name **1251 Avenue of the Americas, 18th Floor** **New York, NY 10022** Address **973.597.2500** Telephone Number Date **October 13, 2010** *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X */s/ Ronald Schinik* Signature of Authorized Individual **Ronald Schinik** Printed Name of Authorized Individual **Manager** Title of Authorized Individual Date **October 13, 2010** | |

# United States Bankruptcy Court
## Southern District of New York

In re **Crownbrook Debco, LLC, *et al.***

Debtor(s)

Case No.
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (CONSOLIDATED)

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Nicos Polymers & Grinding, Inc.** 1908 Saucon Lane Bethlehem, PA 18015 | **Attn: James J. Knicos** Nicos Polymers & Grinding, Inc. 1908 Saucon Lane Bethlehem, PA 18015 610-866-2029 | **Promissory Note** | | 3,137,581.00 |
| **CEI-Cosmetic Essence Inc.** 4411 Plantation Road NE Roanoke, VA 24012 | **Attn: Karen Blevins** CEI-Cosmetic Essence Inc. 4411 Plantation Road Roanoke, VA 24012 540-563-3000 | **Trade Debt** | | 48,966.00 |
| **McLean Packaging Corporation** 1504 Glen Ave Moorestown, NJ 08057 | **Attn: Rosemary** McLean Packaging Corporation 1504 Glen Ave Attn: Rosemary Moorestown, NJ 08057 856-359-2600 | **Trade Debt** | | 38,210.00 |
| **Canusa Hershman Recycling** 9 Business Park Drive, Unit 8 Branford, CT 06405 | Canusa Hershman Recycling 9 Business Park Drive, Unit 8 Branford, CT 06405 203-488-0887 | **Trade Debt** | | 37,416.00 |
| **B Braun Medical, Inc.** PO Box 512382 Philadelphia, PA 19175-2382 | **Attn: David Lauer** B Braun Medical, Inc. PO Box 512382 Philadelphia, PA 19175-2382 | **Trade Debt** | | 27,049.00 |
| **WM Waste Management/Crayola** 910 W. Pennsylvania Avenue Pen Argyl, PA 18072 | **Attn: Kelly Cron** WM Waste Management/Crayola 910 W. Pennsylvania Avenue Pen Argyl, PA 18072 610-863-2383 | **Trade Debt** | | 19,500.00 |
| **Klockner-Pentaplast Co.** PO Box 79709 Baltimore, MD 21279-0709 | Klockner-Pentaplast Co. PO Box 79709 Baltimore, MD 21279-0709 540-832-3600 | **Trade Debt** | | 18,635.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **PlaxAll Div of Design Center<br>5-46 46th Avenue<br>Long Island City, NY 11101-5428** | **PlaxAll Div of Design Center<br>5-46 46th Avenue<br>Long Island City, NY 11101-5428<br>718-784-4800** | **Trade Debt** | | **15,348.00** |
| **New Life Plastic Recycling, Inc.<br>129 West Trade Street<br>Burlington, NC 27215** | **New Life Plastic Recycling, Inc.<br>West Trade Street<br>Burlington, NC 27215<br>336-222-7775** | **Trade Debt** | | **14,919.45** |
| **Veolia ES Technical Solutions<br>Attn: Joann McDonnell<br>3100 Hedley Street<br>Philadelphia, PA 19137** | **Attn: Joann McDonnell<br>Veolia ES Technical Solutions<br>3100 Hedley Street<br>Philadelphia, PA 19137<br>215-537-7338** | **Trade Debt** | | **13,374.00** |
| **MHI Div of Cosmetic Essence<br>Dept # 294501<br>P.O. Box 67000<br>Attn: Annemarie<br>Detroit, MI 48267-2945** | **Attn: Annemarie<br>MHI Div of Cosmetic Essence<br>Dept # 294501<br>P.O. Box 67000<br>Detroit, MI 48267-2945<br>201-462-9280 (x120)** | **Trade Debt** | | **12,713.00** |
| **Rich Energy, Inc.<br>PO Box 711747<br>Cincinnati, OH 45271-1747** | **Rich Energy, Inc.<br>PO Box 711747<br>Cincinnati, OH 45271-1747<br>513-271-1460** | **Trade Debt** | | **12,345.00** |
| **Indiana Polymers, Inc.<br>PO Box 710<br>Portage, IN 46368** | **Indiana Polymers, Inc.<br>PO Box 710<br>Portage, IN 46368<br>219-762-9550** | **Trade Debt** | | **12,332.00** |
| **Polymer Partners, LLC<br>1719 Momentum Place<br>Lockbox #231719<br>Chicago, IL 60689-5317** | **Polymer Partners, LLC<br>1719 Momentum Place<br>Lockbox #231719<br>Chicago, IL 60689-5317<br>270-869-9000** | **Trade Debt** | | **12,330.00** |
| **The Hershey Company<br>Attn: Bob Winter<br>1025 Reese Avenue<br>Hershey, PA 17033** | **Attn: Bob Winter<br>The Hershey Company<br>1025 Reese Avenue<br>Hershey, PA 17033<br>717-534-4200** | **Trade Debt** | | **12,172.00** |
| **American Transport Group, LLC<br>75 Remittance Drive, Suite 130<br>Chicago, IL 60675-1300** | **American Transport Group, LLC<br>75 Remittance Drive, Suite 130<br>Chicago, IL 60675-1300<br>773-328-5113** | **Trade Debt** | | **12,095.00** |
| **TCS<br>177 Mikron Road<br>Bethlehem, PA 18020** | **Attn: Tom<br>TCS<br>177 Mikron Road<br>Bethlehem, PA 18020<br>610-759-3330** | **Trade Debt** | | **11,555.00** |
| **Package Development<br>100 Roundhill Drive<br>Rockaway, NJ 07866** | **Package Development<br>100 Roundhill Drive<br>Rockaway, NJ 07866<br>973-983-8500** | **Trade Debt** | | **11,456.00** |
| **International Paper Products<br>98 SGT TM Dion Way<br>Westfield, MA 01085** | **International Paper Products<br>98 SGT TM Dion Way<br>Westfield, MA 01085<br>413-562-3787** | **Trade Debt** | | **11,430.00** |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **RPM**<br>**RPM 59, rue Commerciale**<br>**Saint-Damien QUEBEC QC G0R 2Y0** | **RPM**<br>**RPM 59, rue Commerciale**<br>**Saint-Damien, QC G0R 2Y0**<br>**1-888-732-92776** | **Trade Debt** | | **11,078.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 13, 2010**          Signature  */s/ Ronald Schinik*
                                              **Ronald Schinik**
                                              **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **Crownbrook Debco, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Crownbrook Acquisition I**<br>**286 Madison Avenue**<br>**12th Floor**<br>**New York, NY 10017** | | | **81.09%** |
| **David Garfinkel Grantor Trust**<br>**Attn: David Garfinkel**<br>**21 Hightop Lane**<br>**Jericho, NY 11753** | | | **14.56%** |
| **JNK2GLD, LLC**<br>**21 Hightop Lane**<br>**Jericho, NY 11753** | | | **4.35%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 13, 2010**

Signature  */s/ Ronald Schinik*
**Ronald Schinik**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re **Crownbrook Debco, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Crownbrook Debco, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Crownbrook Acquisition I**
**286 Madison Avenue**
**12th Floor**
**New York, NY 10017**

**David Garfinkel Grantor Trust**
**Attn: David Garfinkel**
**21 Hightop Lane**
**Jericho, NY 11753**

☐ None [*Check if applicable*]

**October 13, 2010**
Date

*/s/ S. Jason Teele*
**S. Jason Teele**
**Kenneth A. Rosen**
Signature of Attorney or Litigant
Counsel for **Crownbrook Debco, LLC**
**Lowenstein Sandler PC**
**1251 Avenue of the Americas, 18th Floor**
**New York, NY 10022**
**973.597.2500**

## United States Bankruptcy Court
### Southern District of New York

In re  **Crownbrook Debco, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Fees/Expenses as approved by the Court** |
   | Prior to the filing of this statement I have received | $ **177,635.99** |
   | Balance Due | $ **Fees/Expenses as approved by the Court** |

2. The source of the compensation paid to me was:  
   ☒ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:  
   ☒ Debtor   ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;  
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;  
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **October 13, 2010**

/s/ *S. Jason Teele*  
**S. Jason Teele**  
**Kenneth A. Rosen**  
**Lowenstein Sandler PC**  
**1251 Avenue of the Americas, 18th Floor**  
**New York, NY 10020**  
**973-597-2500**

# WRITTEN CONSENT
# OF THE BOARD OF MANAGERS
# OF CROWNBROOK DEBCO, LLC

I, Ronald Schinik, the manager (the "**Manager**") of Crownbrook Debco, LLC, a New York limited liability company (the "**Company**"), do hereby certify that the following resolutions were adopted by a majority of the members (each a "**Member**" and, collectively, the "**Members**") of the Company:

**RESOLVED**, that the Manager is authorized and empowered in the name and on behalf of the Company, with the assistance of the Company's counsel, accountants and advisers, to (i) prepare, execute and file with the appropriate court a petition under chapter 11 of the Bankruptcy Code, and (ii) take such other and further steps as may be necessary, appropriate or advisable to obtain for the Company any and all relief to which it may be entitled under chapter 11 of the Bankruptcy Code;

**RESOLVED**, that Lowenstein Sandler PC is hereby retained as bankruptcy counsel to the Company on such terms and conditions as may be agreed to in the name and on behalf of the Company by Manager; and

**RESOLVED**, that J.H. Cohn LLP is hereby retained as financial advisor to the Company on such terms and conditions as may be agreed to in the name and on behalf of the Company by the Manager; and

**RESOLVED**, that the Manager is authorized and empowered in the name and on behalf of the Company or otherwise, to do all such acts and to execute, deliver and file all such agreements, certificates, instruments and documents, and to pay all such expenses and taxes as he shall deem necessary, appropriate or advisable in order to carry out the intent and accomplish the purposes of the foregoing resolutions, such acts, executions, deliveries, or filings to be conclusive evidence that he deemed the same to be necessary, appropriate or advisable; and all acts of the Manager having occurred prior to the date hereof in order to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby approved, adopted, ratified and confirmed in all respects.

*/s/ Ronald Schinik*
Ronald Schinik, Manager